UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRES AREAGA ALVARADO,

           Petitioner,

v.

KEVIN RAYCRAFT, Detroit Field Office
Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, Secretary of
the U.S. Department of Homeland Security;
and PAMELA BONDI, Attorney General of
the United States, in their official capacities,

           Respondents.

_____/

Case No. 1:25-cv-1761

Hon. Paul L. Maloney
U.S. District Court Judge

Hon. Sally J. Berens
U.S. Magistrate Judge

## ORDER EXTENDING RESPONDENTS' TIME TO RESPOND TO PETITION

This matter having come before the Court upon the unopposed motion by the Respondents

to extend the time for Respondents to respond to the Petition for Writ of Habeas Corpus,

THE COURT HEREBY ORDERS that the time for Respondents to respond to the Petition

is extended to December 22, 2025.

Dated: December  18, 2025

    /s/ Paul L. Maloney_____
    Hon. Paul L. Maloney
    U.S. District Court Judge