UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRES ARREAGA ALVARADO,                    Case No. 1:25-cv-1757

          Petitioner,                         Hon. Paul L. Maloney
                                      U.S. District Court Judge

v.

KEVIN RAYCRAFT, et al.

          Respondents.
_____/

## STIPULATED ORDER TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents,

by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs

or attorneys' fees to any party.

**SO STIPULATED:**

Dated: December 18, 2025          /s/ *Laura J. Smith*(with consent)
                                     LAURA J. SMITH
                                     Children's Legal Center
                                     1100 W Cermak Rd., Ste. 422
                                     Chicago, IL 60608
                                     (312) 722-6642
                                     Laura@childrenslegalcenterchicago.Org
                                     Attorneys for Petitioner

Dated: December 18, 2025          /s/ *Ryan D. Cobb*
                                       RYAN D. COBB
                                       Assistant United States Attorney
                                     Post Office Box 208
                                     Grand Rapids, MI 49501-0208
                                     (616) 456-2404
                                     Ryan.Cobb@usdoj.gov
                                     Attorneys for Federal Respondents

**IT IS SO ORDERED:**

Dated:  December 19, 2025

     /s/ Paul L. Maloney
     Hon. Paul L. Maloney
     U.S. District Court Judge